# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| HERBER ROLANDO GARCIA-MORALES, <br><br> *Petitioner*, <br><br> v. <br><br> KRISTI NOEM, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE U.S. DEPARTMENT OF HOMELAND SECURITY; TODD M. LYONS, IN HIS OFFICIAL CAPACITY AS ACTING DIRECTOR OF U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; MARY DE ANDA YBARRA, IN HER OFFICIAL CAPACITY AS FIELD OFFICE DIRECTOR, ICE ENFORCEMENT AND REMOVAL OPERATIONS, EL PASO FIELD OFFICE; WARDEN OF THE ERO EL PASO CAMP EAST MONTANA; and DAREN K. MARGOLIN, IN HIS OFFICIAL CAPACITY AS DIRECTOR OF THE EXECUTIVE OFFICE FOR IMMIGRATION REIVEW, <br><br> *Respondents*. | No. 3:26-CV-00001-LS |

## ORDER FOR SERVICE

Petitioner Herber Rolando Garcia-Morales challenges his custody through a petition for a writ of habeas corpus under 28 U.S.C. § 2241.[1] His petition raises issues which require Respondents to show cause why the court should not grant the relief Petitioner seeks.[2]

---

[1] ECF No. 1.
[2] *See* 28 U.S.C. § 2243.

Therefore, the Clerk shall serve copies of the petition and this order upon Respondents through their counsel, the United States Attorney for the Western District of Texas. Due to the government's need to review its records, the Court will extend the show-cause deadline pursuant to 28 U.S.C. § 2243.

Respondents shall show cause by **January 26, 2026**, why the Court should not grant the relief Petitioner seeks by filing an answer or other responsive pleading.

**SO ORDERED**.

**SIGNED** and **ENTERED** on January 6, 2026.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**