UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| HERBER ROLANDO GARCIA-MORALES, § § § § *Petitioner*, § § v. § § KRISTI NOEM, IN HER OFFICIAL § CAPACITY AS SECRETARY OF THE § U.S. DEPARTMENT OF HOMELAND § SECURITY, TODD M. LYONS, IN HIS § OFFICIAL CAPACITY AS ACTING § DIRECTOR OF U.S. IMMIGRATION § AND CUSTOMS ENFORCEMENT, § MARY DE ANDA YBARRA, IN HER § OFFICIAL CAPACITY AS FIELD § OFFICE DIRECTOR, ICE § ENFORCEMENT AND REMOVAL § OPERATIONS, EL PASO FIELD § OFFICE, WARDEN, OF THE ERO EL § PASO CAMP EAST MONTANA, and § DAREN K. MARGOLIN, IN HIS § OFFICIAL CAPACITY AS § DIRECTOR OF THE EXECUTIVE § OFFICE FOR IMMIGRATION § REVIEW, § § *Respondents*, § | No. 3:26-CV-00001-LS |

**ORDER DISMISSING CASE**

The parties advised the Court that Respondents have released Petitioner from custody.[1] Petitioner sought a writ of habeas corpus ordering his release.[2] The Court therefore denies the petition as moot and dismisses this case.[3]

---

[1] ECF No. 5.
[2] ECF No. 1, at 19.
[3] *See Ortez v. Chandler*, 845 F.2d 573, 575 (5th Cir. 1988) (holding that a habeas petition becomes moot when the habeas relief requested "can no longer be effected").

2

**SO ORDERED**.

**SIGNED** and **ENTERED** on February 17, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**